B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rockford Ribs, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Damon's Grill** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**32-0044225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**755 Clark Road**<br>**Rockford, IL**<br>ZIP Code **61107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1315 Franklin Grove Road**<br>**Dixon, IL**<br>ZIP Code **61021** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Rockford Ribs, L.L.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rockford Ribs, L.L.C.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Bradley J. Waller**
Signature of Attorney for Debtor(s)

**Bradley J. Waller 06198210**
Printed Name of Attorney for Debtor(s)

**Klein, Stoddard, Buck, Waller & Lewis, LLC**
Firm Name

**2045 Aberdeen Court
Suite A
Sycamore, IL 60178**

Address

Email: bwaller@ksbwl.com
**(815) 748-0380  Fax: (815) 748-4030**
Telephone Number

**July 24, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert W. Hill**
Signature of Authorized Individual

**Albert W. Hill**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**July 24, 2008**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Rockford Ribs, L.L.C.**                                      Case No. _____

Debtor(s)                                    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Alpine Bank of Illinois<br>1700 N. Alpine Road<br>P.O. Box 6086<br>Rockford, IL 61125-1086 | Alpine Bank of Illinois<br>1700 N. Alpine Road<br>P.O. Box 6086<br>Rockford, IL 61125-1086 | | | 11,564.48 |
| CenterPoint Energy<br>23986 Network Place<br>Chicago, IL 60673-1239 | CenterPoint Energy<br>23986 Network Place<br>Chicago, IL 60673-1239 | | | 2,722.56 |
| Cumulus<br>P.O. Box 643219<br>Cincinnati, OH 45264-3219 | Cumulus<br>P.O. Box 643219<br>Cincinnati, OH 45264-3219 | | | 2,752.00 |
| Damon's Restarurants Inc.<br>4645 Executive Drive<br>Columbus, OH 43220 | Damon's Restarurants Inc.<br>4645 Executive Drive<br>Columbus, OH 43220 | | | 25,509.32 |
| DEX<br>1615 Bluff City Highway<br>Bristol, TN 37620 | DEX<br>1615 Bluff City Highway<br>Bristol, TN 37620 | | | 606.03 |
| Ecolab Inc.<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | Ecolab Inc.<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | | | 614.47 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | | 936.45 |
| GE Capital Franchise Finance Corp.<br>8377 E. Hartford Drive, Suite 200<br>Scottsdale, AZ 85255 | GE Capital Franchise Finance Corp.<br>8377 E. Hartford Drive, Suite 200<br>Scottsdale, AZ 85255 | Equipment | | 328,762.95<br><br>(125,000.00 secured) |
| Get Fresh Produce Inc.<br>238 Tubeway Drive<br>Carol Stream, IL 60188 | Get Fresh Produce Inc.<br>238 Tubeway Drive<br>Carol Stream, IL 60188 | | | 1,638.69 |
| Great Lakes Service<br>1814 Beach Street<br>Broadview, IL 60155 | Great Lakes Service<br>1814 Beach Street<br>Broadview, IL 60155 | | | 6,282.75 |
| Mid American Energy<br>P.O. Box 8020<br>Davenport, IA 52808-8020 | Mid American Energy<br>P.O. Box 8020<br>Davenport, IA 52808-8020 | | | 6,301.24 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rockford Ribs, L.L.C.**                                                              Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Northstar Food Service** 311 N. Curry Pike Bloomington, IN 47404 | **Northstar Food Service** 311 N. Curry Pike Bloomington, IN 47404 | | | 19,064.99 |
| **NTN Buzztime Inc.** 5996 LaPlace Court, Suite 100 Carlsbad, CA 92008 | **NTN Buzztime Inc.** 5996 LaPlace Court, Suite 100 Carlsbad, CA 92008 | | | 1,250.00 |
| **One Communications** P.O. Box 771879 Cincinnati, OH 45271-1879 | **One Communications** P.O. Box 771879 Cincinnati, OH 45271-1879 | | | 1,294.40 |
| **Pepsi** P.O. Box 7425 Madison, WI 53707-7425 | **Pepsi** P.O. Box 7425 Madison, WI 53707-7425 | | | 2,721.35 |
| **Thomas Bradley** 1154 W. Lunt Suite 2 Chicago, IL 60626 | **Thomas Bradley** 1154 W. Lunt Suite 2 Chicago, IL 60626 | | | 1,000.00 |
| **Unifirst** 2045 North 17th Avenue Melrose Park, IL 60160 | **Unifirst** 2045 North 17th Avenue Melrose Park, IL 60160 | | | 998.68 |
| **Valpak of Northern Illinois** 5129 W. Franklin Drive Franklin, WI 53132 | **Valpak of Northern Illinois** 5129 W. Franklin Drive Franklin, WI 53132 | | | 850.00 |
| **Winnebago County Treasurer** 404 Elm Street Rockford, IL 61101 | **Winnebago County Treasurer** 404 Elm Street Rockford, IL 61101 | | | 28,440.54 |
| **Yellow Pages United** P.O. Box 95450 Atlanta, GA 30347 | **Yellow Pages United** P.O. Box 95450 Atlanta, GA 30347 | | | 585.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 24, 2008**                              Signature  **/s/ Albert W. Hill**
                                                                **Albert W. Hill**
                                                                **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A1 Access Directory, Inc.


ABC Fire & Safety, Inc.
2407 Riverside Drive
P.O. Box 922
Beloit, WI 53512-0922


Adkey Enterprises LC
P.O. Box 340
Holly Springs, NC 27540


ADT Security Services Inc.
P.O. Box 371967
Pittsburgh, PA 15250-7967


Advance Imaging Supply Inc.
14536 Friar Street
Van Nuys, CA 91411


Advantage Kwik-Dry LLC
1237 Castlehill Drive
Rockford, IL 61107


Aetna Healthcare
41 South High Street, Sutie 2320
Columbus, OH 43215


Alpha Graphics
9015 Antares Avenue
Columbus, OH 43240


Alpine Bank of Illinois
1700 N. Alpine Road
P.O. Box 6086
Rockford, IL 61125-1086


American Express
P.O. Box 53852
Phoenix, AZ 85072-3852


Area Mechanical Inc.
821 1st Avenue
Rockford, IL 61104

```
ASCAP
2675 Paces Ferry Road SE, Suite 350
Atlanta, GA 30339


Berg Industries
3455 South Mulford Road
Rockford, IL 61109


Boone County Health Department
1204 Logan Avenue
Rockford, IL 61108


Busy Beaver Tree Care
5302 DeGroff Street
Roscoe, IL 61073


Capital Lighting
901 Polaris Parkway
Columbus, OH 43240-2035


CenterPoint Energy
23986 Network Place
Chicago, IL 60673-1239


Chicagoland Mopar Connection
2740 Squaw Prairie Road
Belvidere, IL 61008


City of Rockford
425 E. State Street
IL 61004


Cleveland Menu Printing Inc.
1441 E 17th Street
Cleveland, OH 44114


Cumulus
P.O. Box 643219
Cincinnati, OH 45264-3219


Damon's Restarurants Inc.
4645 Executive Drive
Columbus, OH 43220
```

```
Dataworks
4550 S Windermere Street
Englewood, CO 80110-5541


DayDots



Daymark Food Safety Systems
12830 S. Dixie Highway
Bowling Green, OH 43402


DEX
1615 Bluff City Highway
Bristol, TN 37620


DHL Express
515 W. Greens Road
Houston, TX 77067-4524


DHL Express
14105 Collections Center Drive
Chicago, IL 60693


DirecTV
P.O. Box 60036
Los Angeles, CA 90060-0036


Discover Network
P.O. Box 52145
Phoenix, AZ 85072-2145


Ecolab Inc.
P.O. Box 70343
Chicago, IL 60673-0343


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Fashion Seal Uniforms
P.O. Box 932058
Atlanta, GA 31193-2058
```

Fifth Third Processing Solutions


First Insurance Funding Corp
450 Skokie Blvd, Suite 1000
P.O. Box 3306
Northbrook, IL 60065-3306


First Insurance Funding Corp.
8075 Innovantion Way
Chicago, IL 60682


Fish Bowl Marketing
44 Canal Ctr Plaza, Suite 500
Alexandria, VA 22314


Franklin Machine Products
101 Mt. Holly By-Pass
Lumberton, NJ


GE Capital Franchise Finance Corp.
8377 E. Hartford Drive, Suite 200
Scottsdale, AZ 85255


GE Capital Franchise Finance Corp.
8377 E. Hartford Drive, Suite 200
Scottsdale, AZ 85255


Get Fresh Produce Inc.
238 Tubeway Drive
Carol Stream, IL 60188


Great Lakes Service
1814 Beach Street
Broadview, IL 60155


Great West Insurance Company
41 South High Street, Suite 2320
Columbus, OH 43215


Hartman Beverage Co Inc.
415 E. Washington Street
Freeport, IL 61032

Hayes Beer Distributing
1819 Elmwood Road
Rockford, IL 61103


HSBC Business Solutions
OfficeMax


Idearc Media Corp
P.O. Box 619009
Dallas, TX 75261-9009


Illinois Casualty Company
P.O. Box 5018
Rock Island, IL 61204-5018


Image Signs Inc.
7323 N. Alpine Road
Loves Park, IL 61111


Judge & Dolph Ltd
333 Forest View Road
Rockford, IL 61109


Krup Electric Co
1125 Railroad Avenue
Rockford, IL 61104-1384


LaMonic Beverages, Inc.
4060 Rock Valley Parkway
Loves Park, IL 61111


Mid American Energy
P.O. Box 8020
Davenport, IA 52808-8020


North Mechanical
9933 North Alpine
Machesney Park, IL 61115


Northstar Food Service
311 N. Curry Pike
Bloomington, IN 47404

NTN Buzztime Inc.
5996 LaPlace Court, Suite 100
Carlsbad, CA 92008


On the Waterfront, Inc.
308 W. State Street, Suite 115
Rockford, IL 61101-1154


One Communications
P.O. Box 771879
Cincinnati, OH 45271-1879


Pepsi
P.O. Box 7425
Madison, WI 53707-7425


Plunkett's Pest Control
40 NE 52nd Way
Fridley, MN 55421-1014


Power Distributing LLC
2656 Paysphere Circle
Chicago, IL 60674


Pridham Electronics, Inc.
P.O. Box 259304
Madison, WI 53725-9304


Questar
2905 West Service Road
Eagan, MN 55121


Radiant Systems
P.O. Box 198755
Atlanta, GA 30384-8755


Rainmaster Irrigation
8597 Spring Creek road
Rockford, IL 61114


Reliance Standard
P.O. Box 82510
Lincoln, NE 68501-2510

Restaurant Solutions Inc.
_____
_____


Rock Valley Culligan
P.O. Box 4066
Rockford, IL 61110-0566


Rock Valley Water
702 N. Madison
Rockford, IL 61107


Rockford IceHogs & MetroCentre
300 Elm Street
Rockford, IL 61101


Rockford Industrial Welding Supply
P.O. Box 5404
Rockford, IL 61125


Rockford Register Star
P.O. Box 439
Rockford, IL 61107-6627


Rockford Ribs LLC
311 N. Sixth Street
Rockford, IL 61107-4102


Sanimax AGS Inc.
P.O. Box 10067
Green Bay, WI 54307-0067


Skyward Promotions
_____
_____


Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674-2971


Specialty Roll Products Inc.
601 - 25th Avenue
P.O. Box 5374
Meridian, MS 39301

```
SS&G Financial Services Inc.
P.O. Box 39453
Cleveland, OH 44139-0453


Sta-Kleen, Inc.
803 West Estes Avenue
Schaumburg, IL 60193


Superior Knife
8120 N. Central Park Avenue
Skokie, IL 60076-2907


Superior Uniform Group Inc.
10055 Seminole Boulevard
Seminole, FL 33772-2539


Sysco Food Services
910 South Boulevard
Baraboo, WI 53913


T&G's Draught Service, Inc.
8165 Living Woods Drive
Rockford, IL 61109


Thomas Bradley
1154 W. Lunt Suite 2
Chicago, IL 60626


Towns & Associates
126 Water Street
Baraboo, WI 53913-2445


Unifirst
2045 North 17th Avenue
Melrose Park, IL 60160


Union Beverage Company
23734 Network Place
Chicago, IL 60673-1237


UPS
Lockbox 577
Carol Stream, IL 60132-0577
```

```
UPS
P.O. Box 650580
Dallas, TX 75265-0580


Valpak of Northern Illinois
5129 W. Franklin Drive
Franklin, WI 53132


Veolia Environmental Services
P.O. Box 6484
Carol Stream, IL 60197-6484


Wilco Cleaning Systems
Roscoe, IL 61073



Winnebago County Fair Association
Pecatonica, IL 61063



Winnebago County Health Department
401 Division Street
Rockford, IL 61104


Winnebago County Treasurer
404 Elm Street
Rockford, IL 61101


Yellow Pages United
P.O. Box 95450
Atlanta, GA 30347
```